**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01249-CV

### IN RE PROGRESSIVE WASTE SOLUTIONS OF TX, INC.; IESI CORPORATION AND HOWARD LEE FRANKLIN, JR., Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05442-D**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus.  We **ORDER** that relators bear the costs of this original proceeding.


/s/  DAVID LEWIS
   JUSTICE